**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 MAR 31  P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

O'KEEFE & ASSOCIATES, INC.          :

    Plaintiff                                           :

VS.                                                    :     CIVIL ACTION NO.
                                                              3:00CV00678 (SRU)
THEME CO-OP PROMOTIONS, INC.   :

    Defendant                                       :     MARCH 27, 2004

## MOTION FOR ENLARGEMENT OF TIME OF
## DISCOVERY AND OTHER DEADLINES

Plaintiff files this Motion for Enlargement of Time for 60 days, up to and including May 30, 2004, of the discovery and other deadlines. In support of this motion, Plaintiff cites the following:

1. Counsel needs this additional time in order to complete written discovery as well as taking the depositions of out of state witnesses.

2. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

3. This is the fifth request for an enlargement of time regarding this time limit.

1

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this  29th  day of March 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

_____
Francis D. Burke