FILED

2004 MAR 31  P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.          :

    Plaintiff                                    :

VS.                                                  :     CIVIL ACTION NO.
                                                      3:00CV00678 (SRU)
THEME CO-OP PROMOTIONS, INC.    :

    Defendant                                 :     MARCH 27, 2004

**MOTION FOR ENLARGEMENT OF TIME OF
DISCOVERY AND OTHER DEADLINES**

Plaintiff files this Motion for Enlargement of Time for 60 days, up to and including May 30, 2004, of the discovery and other deadlines. In support of this motion, Plaintiff cites the following:

1. Counsel needs this additional time in order to complete written discovery as well as taking the depositions of out of state witnesses.

2. Plaintiff's counsel has contacted Defendant's counsel who represents that he ) objection to this motion.

3. This is the fifth request for an enlargement of time regarding this time limit.

Motion Granted. No further extensions are likely to be granted.
Discovery cutoff date May 30, 2004
Dispositive Motions due by June 30, 2004
SO ORDERED
4/1/04
Stefan R. Underhill, U.S.D.J.

1