

DAVID A. BALL

Please Reply To Bridgeport
E-mail: dball@cohenandwolf.com

May 24, 2004

**Via Facsimile - 368-0663**
**and U.S. Mail**

Francis D. Burke, Esq.
Mangines & Mangines
1115 Main Street
Suite 708
Bridgeport, CT 06604

Re: <u>O'Keefe & Associates, Inc. v. Theme Co-Op Promotions, Inc.</u>

Dear Frank:

    I enclose documents relating to Jeannine Salveson. The reason that these documents were not produced previously was a bit of confusion caused by your requesting documents relating to "Janine Galveson". Once I realized who was the actual person that was the subject of your request, I was able to obtain the enclosed documents.

    I will be happy to arrange times for Mr. Cohan's deposition, if you tell me when you would like to depose him. He is situated in California. Mr. Sjoberg is no longer employed at Theme, and therefore I cannot set up a deposition for him. As you know, I have also been waiting for months for you to provide me with deposition dates for Mr. Wallace. I suggest that we coordinate the Cohan and Wallace depositions at the same time.

    My copies of Bates nos. 1997 and 2354 are the same as yours. I will try to get cleaner copies, or the originals.

    I am in the process of working to get you the outstanding interrogatory responses. As for the production requests that you've identified, if we haven't produced documents, it is because there are no responsive documents.

1115 BROAD STREET
P.O BOX 1821
BRIDGEPORT, CT 06601-1821
TEL: (203) 368-0211
FAX: (203) 394-9901

158 DEER HILL AVENUE
DANBURY, CT 06810
TEL: (203) 792-2771
FAX: (203) 791-8149

190 MAIN STREET
WESTPORT, CT 06880
TEL: (203) 222-1034

112 PROSPECT STREET
STAMFORD, CT 06904
TEL: (203) 964-9907
FAX: (203) 576-8504



    Your client was to provide to me copies of testing results for the subject employees that have not been provided to date. Although your client testified that it maintains copies in electronic form, you have not provided any additional documents. Please let me know when you can produce these documents. If they don't exist, I will assume that no testing was done for those employees.

    Please let me know when you would like to arrange for the depositions of Messrs. Cohan and Wallace.

    Very truly yours,

    David A. Ball

DAB:ke
Enclosures

```
********** -COMM. JOURNAL- ********** DATE MAY-24-2004 ***** TIME 09:14 **********

        MODE = MEMORY TRANSMISSION           START=MAY-24 09:13    END=MAY-24 09:14

            FILE NO.=843

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                  PAGES    DURATION
  NO.           ABBR NO.

  001   OK      a            3680663#                              003/003  00:00:47


                                                          -COHEN & WOLF              -

*********************************** -COHEN & WOLF   - ***** -   2033332979- **********
```

## COHEN AND WOLF, P.C.
## ATTORNEYS AT LAW

1115 Broad Street
Bridgeport, CT 06604
Telephone (203) 368-0211
Facsimile (203) 576-8504

### FAX COVER SHEET

| | |
|---|---|
| TO: | Francis D. Burke, Esq. |
| FAX NO.: | (203) 368-0663 |
| FROM: | David A. Ball, Esq. |
| DATE: | May 24, 2004 |
| MESSAGE: | |

You will receive 3 pages, including this cover sheet.
If you do not receive all 3 pages, please call David Ball at (203) 337-4134.

FILE NO.: 276030-001

The information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth above via the U.S. Postal Service.

Thank you.