UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

O'KEEFE & ASSOCIATES, INC.

       Plaintiffs,

v.

THEME CO-OP PROMOTIONS, INC.

       Defendants.

Civil Action No.
3:00-CV-678 (SRU)

MAY 26, 2004

---

### DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

1.    Please identify the time period in which Defendant maintained an office in Wilton, CT.

**Response:** December, 1996 through July 1998.

2.    Please state how many employees Defendant employed on April 1, 1999.

**Response:** Approximately 40.

3.    Please state how many employees were employed in sales positions on April 1, 1999.

**Response:** 6.

4.  Please state how many employees were employed in marketing positions on April 1, 1999.

**Response:** 2.

5.  Please identify all employees separated from employment with Defendant in April or May, 1999 by name, dated of hire, position held, date of separation and reason for separation.

**Response:** Jeannine Salveson. Hired August 24, 1998. Position held: National Accounts Manager. Date of Separation: She resigned on or about April 15, 1999 to pursue another position.

6.  Please identify all employees whose compensation was reduced by Defendant in April or May 1999 by name and position held.

**Response:** None.

7.  Please identify the employment history of Chip Cohan by date(s) of hire, position(s) held with inclusive dates, date(s) of separation, and reason for separation.

**Response:**   November 11, 1996 - August 13, 1999 - VP of Sales.
August 13, 1999 - May 23, 2000 - VP Sales for the Eastern Region.
April 14, 2000 - Mr. Cohan was offered a Sales position, but decided to resign.
January 2, 2002 - present - VP National Accounts.

8.  Please identify the employment history of Chuck Sjoberg by date(s) of hire, position(s) held with inclusive dates, date(s) of separation, and reason for separation.

**Response:**   January 26, 1998 - July 21, 1998 - Director Field Communications
July 21, 1998 - April 19, 2000 - VP Field Communications
April 19, 2000 - May 1, 2001 - Sr. VP Field Communications
May 1, 2001 - August 28, 2002 - Sr. VP Field Communications and Retailer Relations
August 28, 2002 - February 1, 2003 - Sr. VP Business Development
February 1, 2003 - October 22, 2003 - National Accounts Director
Reason for Separation: In attempting to work out an arrangement

whereby Mr. Sjoberg could work out of his home, Mr. Sjoberg was unable to reach agreement with the Defendant, and resigned to pursue another position.

9. Please identify the date when Gerry Gersovitz met Sierra Long in Florida.

**Response:** Week of February 8, 1999.

10. Please state the dates in which Defendant provided services to Coca-Cola.

**Response:** 1993-1999; 2001-2002, 2004.

11. Please state how Defendant came into possession of the document in which Todd Nonken indicated his dissatisfaction with his employment with Defendant (Bates #00583).

**Response:** The document was found on a common printer in Defendant's office.

THE DEFENDANT and
COUNTERCLAIM-PLAINTIFF,
THEME CO-OP PROMOTIONS, INC.

By _____
David A. Ball, Esq.
Fed. Bar No. ct10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel. No. (203) 368-0211
Facsimile No. (203) 576-8504
E-Mail: dball@cohenandwolf.com

STATE OF California
COUNTY OF San Francisco

## VERIFICATION

I hereby affirm that the foregoing responses are true and correct to the best of my knowledge and belief.

_____
Gerry Gersovitz

Subscribed and sworn to before me this 25th day of May, 2004.

IVAN RESNIKOFF
Commission # 1427066
Notary Public - California
San Francisco County
My Comm. Expires Jun 27, 2007

_____
Notary Public
My Commission Expires: 6/27/07

## CERTIFICATION

I hereby certify that on this 26th day of May, 2004, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

Francis D. Burke, Esq.
Mangines & Burke, LLC
1115 Main Street
Suite 708
Bridgeport, CT  06604

_____
David A. Ball, Esq.