

# COHEN and WOLF P.C.
ATTORNEYS AT LAW

DAVID A. BALL

Please Reply To Bridgeport
E-mail: dball@cohenandwolf.com

May 27, 2004

**Via Facsimile - 368-0663**

Francis D. Burke, Esq.
Mangines & Mangines
1115 Main Street
Suite 708
Bridgeport, CT 06604

**Re: <u>O'Keefe & Associates, Inc. v. Theme Co-Op Promotions, Inc.</u>**

Dear Frank:

    I received your motion to compel today. I presume that it crossed in the mail with the interrogatory responses that we provided. Since we have now provided to you everything that was outstanding, please confirm that you will withdraw the motion to compel.

Very truly yours,

David A. Ball

DAB:ke

1115 BROAD STREET
P.O. BOX 1821
BRIDGEPORT, CT 06601-1821
TEL: (203) 368-0211
FAX: (203) 394-9901

158 DEER HILL AVENUE
DANBURY, CT 06810
TEL: (203) 792-2771
FAX: (203) 791-8149

190 MAIN STREET
WESTPORT, CT 06880
TEL: (203) 222-1034

112 PROSPECT STREET
STAMFORD, CT 06904
TEL: (203) 964-9907
FAX: (203) 576-8504

```
******************  -COMM. JOURNAL-  ******************  DATE MAY-28-2004  *****  TIME 10:19  ********

                MODE = MEMORY TRANSMISSION        START=MAY-28 10:17    END=MAY-28 10:19

                    FILE NO.=924

        STN    COMM.    ONE-TOUCH/    STATION NAME/TEL. NO.              PAGES       DURATION
        NO.              ABBR NO.

        001    OK         ⌥           3680663#                           002/002     00:00:34


                                                              -COHEN & WOLF          -

*********************************  -COHEN & WOLF    - ****  -         2033332979- **********
```

## COHEN AND WOLF, P.C.
## ATTORNEYS AT LAW

1115 Broad Street
Bridgeport, CT 06604
Telephone (203) 368-0211
Facsimile (203) 576-8504

### FAX COVER SHEET

| TO: | Francis D. Burke, Esq. |
|---|---|
| FAX NO.: | (203) 368-0663 |
| FROM: | David A. Ball, Esq. |
| DATE: | May 27, 2004 |
| MESSAGE: | |

You will receive 2 pages, including this cover sheet.
If you do not receive all 2 pages, please call David Ball at (203) 337-4134.

FILE NO.: 276030-001

The information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth above via the U.S. Postal Service.

Thank you.