FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 28 P 12: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
| Defendant | : | JUNE 25, 2004 |

## MOTION FOR ENLARGEMENT OF THE DISPOSITIVE MOTIONS DEADLINE

Plaintiff files this Motion for Enlargement of Time for 60 days, up to and including August 30, 2004, of the dispositive motions deadline. In support of this motion, Plaintiff cites the following:

1. Plaintiff's Motion to Amend Complaint and Defendant's Objection thereto is currently pending.

2. Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

4. This is the first request for an enlargement of time regarding this time limit, apart from previous requests regarding discovery and other deadlines.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 25th day of June 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

_____
Francis D. Burke