**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
|     Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
|     Defendant | : | AUGUST ____ , 2004 |

**MOTION FOR ENLARGEMENT OF THE DISPOSITIVE MOTIONS DEADLINE**

Plaintiff files this Motion for Enlargement of Time for 30 days, up to and including September 29, 2004, of the dispositive motions deadline. In support of this motion, Plaintiff cites the following:

1. Plaintiff's Motion to Amend Complaint and Defendant's Objection thereto is currently pending.

2. Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

4. This is the second request for an enlargement of time regarding this time limit, apart from previous requests regarding discovery and other deadlines.

          THE PLAINTIFF

BY_____
      Francis D. Burke
      MANGINES & BURKE, LLC
      11115 Main Street, Suite 708
      Bridgeport, CT  06604
      (203) 336-0887
      Fed. Bar No. 18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this _____ day of August 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

_____
      Francis D. Burke

2