UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O'KEEFE & ASSOCIATES, INC. | |
| Plaintiff, | Civil Action No. 3:00-CV-678 (SRU) |
| v. | |
| THEME CO-OP PROMOTIONS, INC. | |
| Defendant. | SEPTEMBER 27, 2004 |

## MOTION TO DISMISS

Defendant, Theme Co-op Promotions, Inc. ("Theme Co-op Promotions"), moves to dismiss Plaintiff's amended causes of action based upon breach of implied covenant of good faith and fair dealing (Count Three), fraudulent misrepresentation (Count Seven), and violation of the Connecticut Unfair Trade Practices Act ("CUTPA") (Count Eight) for failure to state claims upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). Because Plaintiff neglects to plead essential elements of the aforementioned claims, and fails to plead fraud with the requisite particularity under Fed.R.Civ.P. 9(b), Plaintiff's amended claims must be dismissed.

In that connection, because Plaintiff's amended Counts Three, Seven and Eight are merely a nugatory effort to recover attorney's fees, Plaintiff's accompanying prayer for relief seeking attorney's fees and punitive damages must also be dismissed.

Theme Co-op Promotions submits herewith a memorandum of law in support of this motion.

                    **THE DEFENDANT,**
                    THEME CO-OP PROMOTIONS, INC.

              By_____
                David A. Ball, Esq.
                Fed. Bar No. ct10154
                Cohen and Wolf, P.C.
                1115 Broad Street
                Bridgeport, CT  06604
                Tel. No. (203) 368-0211

## **CERTIFICATION**

I hereby certify that on the date hereof, a copy of the foregoing Motion was mailed via First Class Mail, postage prepaid, to the following:

Thomas E. Mangines, Esq.
Mangines & Mangines
1115 Main Street
Suite 708
Bridgeport, CT  06604

_____
David A. Ball, Esq.