UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 SEP 28 A 11: 27

O'KEEFE & ASSOCIATES, INC.          :

    Plaintiff          :

VS.          :          CIVIL ACTION NO.
                          3:00CV00678 (SRU)
THEME CO-OP PROMOTIONS, INC.          :

    Defendant          :          SEPTEMBER 27, 2004

## MOTION FOR ENLARGEMENT OF THE DISPOSITIVE MOTIONS DEADLINE

Plaintiff files this Motion for Enlargement of Time for 30 days, up to and including October 29, 2004, of the dispositive motions deadline. In support of this motion, Plaintiff cites the following:

1.    Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time. His primary support person has been unavailable due to medical leave.

2.    Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3.    Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

4.    This is the third request for an enlargement of time regarding this time limit, apart from previous requests regarding discovery and other deadlines.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 27th day of September 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

_____
Francis D. Burke