FILED

2004 OCT 29 P 12: 42

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.          :

    Plaintiff                             :

VS.                                  :     CIVIL ACTION NO.
                                            3:00CV00678 (SRU)
THEME CO-OP PROMOTIONS, INC.         :

    Defendant                            :     OCTOBER 28, 2004

## MOTION FOR ENLARGEMENT OF THE DISPOSITIVE MOTIONS DEADLINE

Plaintiff files this Motion for Enlargement of Time for 14 days, up to and including November 12, 2004, of the dispositive motions deadline. In support of this motion, Plaintiff cites the following:

    1.    Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time.

    2.    Counsel needs this additional time in order to research and brief the legal and factual issues involved.

    3.    Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

    4.    This is the fourth request for an enlargement of time regarding this time limit, apart from previous requests regarding discovery and other deadlines.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 28th day of October 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

_____
Francis D. Burke