FILED

2004 NOV 15 P 1:05

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.          :

    Plaintiff                                    :

VS.                                                  :       CIVIL ACTION NO.
                                                            3:00CV00678 (SRU)
THEME CO-OP PROMOTIONS, INC.   :

    Defendant                                :       NOVEMBER  /0, 2004

### MOTION FOR ENLARGEMENT

Plaintiff files this Motion for Enlargement of Time up to and including November 30, 2004, to file dispositive motions and respond to Defendant's Motion to Dismiss. The current deadline is November 12, 2004. In support of this motion, Plaintiff cites the following:

1. Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time.

2. Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

4. This is the fifth request for an enlargement of time regarding this time limit, apart from previous requests regarding discovery and other deadlines.

THE PLAINTIFF

BY_____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 10th day of November 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

_____
Francis D. Burke
