## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.<br>3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
| Defendant | : | NOVEMBER        , 2004 |

## **MOTION FOR ENLARGEMENT**

Plaintiff files this Motion for Enlargement of Time up to and including December 14, 2004, to respond to Defendant's Motion to Dismiss. The current deadline is November 30, 2004. In support of this motion, Plaintiff cites the following:

1.  Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time.

2.  Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3.  Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to this motion.

4.  This is the third request for an enlargement of time regarding this time limit.

        THE PLAINTIFF

        BY_____
            Francis D. Burke
            MANGINES & BURKE, LLC
            11115 Main Street, Suite 708
            Bridgeport, CT  06604
            (203) 336-0887
            Fed. Bar No. 18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this _____ day of November 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

        _____
            Francis D. Burke