UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
| Defendant | : | NOVEMBER     , 2004 |

**MOTION TO DISMISS AND/OR
FOR SUMMARY JUDGMENT**

Plaintiff, O'Keefe & Associates, Inc., respectfully moves to Dismiss Counts One through Seven of Defendant's Amended Counterclaim dated June 18, 2003. As set forth in the Memorandum of Law attached hereto, Counts One through Seven of Defendant's Amended Counterclaim should be dismissed pursuant to Rule 12(b)(6), and/or Rule 56 of the Fed.R.Civ.P., as the causes of action in question were not properly pleaded, were not filed in a timely manner, fail to state a claim upon which relief may be granted and/or lack sufficient evidentiary support to warrant a trial.

THE PLAINTIFF

BY_____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604
(203) 336-0887
Fed. Bar No. ct18688

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this _____ day of November 2004, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

 

                                                  _____
                                                    Francis D. Burke