UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.

        Plaintiffs,

v.

THEME CO-OP PROMOTIONS, INC.

        Defendants.

Civil Action No.
3:00-CV-678 (SRU)

DECEMBER 16, 2004

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, Theme Co-Op Promotions, Inc., moves for an extension of time of sixty (60) days, through and including February 22, 2005, to file an Opposition to Plaintiff's Motion to Dismiss and/or for Summary Judgment. In support of this motion, Defendant respectfully represents:

1. On November 29, 2004, Plaintiff filed a Motion to Dismiss and/or for Summary Judgment together with a 38-page Memorandum of Law.

2. Defendant faces a deadline of December 23, 2004 to file an opposition to Plaintiff's motion.

3. Defendant requires an extension of time in order to fully address the matters raised in plaintiff's motion.

4.  The undersigned is lead counsel for numerous municipalities who are contesting an application by Connecticut Light and Power Co. and United Illuminating Co. to construct a $600 million high-powered transmission line between Norwalk and Middletown. The application is pending before the Connecticut Siting Council, Docket No. 272, which has scheduled evidentiary hearings during the weeks of January 10, 2005 and January 17, 2005. For this reason as well, Defendant requires the requested extension in this case.

5.  The undersigned discussed this motion with counsel for the Plaintiff, who has no objection to the granting of this motion.

6.  This is the Defendant's first request for an extension of this deadline.

WHEREFORE, Defendant moves for an extension of time of sixty (60) days, through and including February 22, 2005, to file an Opposition to Plaintiff's Motion to Dismiss and/or for Summary Judgment.

                **THE DEFENDANT,**
                THEME CO-OP PROMOTIONS, INC.

By_____
   David A. Ball, Esq.
   Fed. Bar No. ct10154
   Cohen and Wolf, P.C.
   1115 Broad Street
   Bridgeport, CT 06604
   Tel. No. (203) 368-0211

## **CERTIFICATION**

I hereby certify that on this 16th day of December 2004, a copy of the foregoing motion was mailed via First Class Mail, postage prepaid, to the following:

    Francis D. Burke, Esq.
    Mangines & Burke LLC
    1115 Main Street
    Suite 708
    Bridgeport, CT  06604

                                                         _____
                                                         David A. Ball, Esq.