UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.

      Plaintiffs,

v.

THEME CO-OP PROMOTIONS, INC.

      Defendants.

Civil Action No.
3:00-CV-678 (SRU)

FEBRUARY 22, 2005

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, Theme Co-Op Promotions, Inc., moves for an extension of time of fourteen (14) days, through and including March 8, 2005, to file an Opposition to Plaintiff's Motion to Dismiss and/or for Summary Judgment. In support of this motion, Defendant respectfully represents:

1. On November 29, 2004, Plaintiff filed a Motion to Dismiss and/or for Summary Judgment together with a 38-page Memorandum of Law.

2. Defendant faces a deadline of February 22, 2005 to file an opposition to Plaintiff's motion.

3. Defendant requires an extension of time in order to fully address the matters raised in plaintiff's motion.

4. The undersigned discussed this motion with counsel for the Plaintiff, who has no objection to the granting of this motion.

5. This is the Defendant's second request for an extension of this deadline.

WHEREFORE, Defendant moves for an extension of time of fourteen (14) days, through and including March 8, 2005, to file an Opposition to Plaintiff's Motion to Dismiss and/or for Summary Judgment.

**THE DEFENDANT,**
THEME CO-OP PROMOTIONS, INC.


By_____
David A. Ball, Esq.
Fed. Bar No. ct10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel. No. (203) 368-0211

## **CERTIFICATION**

I hereby certify that on this 22nd day of February 2005, a copy of the foregoing motion was mailed via First Class Mail, postage prepaid, to the following:

>Francis D. Burke, Esq.
>Mangines & Burke LLC
>1115 Main Street
>Suite 708
>Bridgeport, CT  06604

_____
David A. Ball, Esq.