

# O'KEEFE ASSOCIATES, INC.

CONSULTANTS IN EXECUTIVE SEARCH & HUMAN RESOURCES MANAGEMENT

**CONFIDENTIAL**

**DATE:** October 13, 1998

**POSITION:** NATIONAL ACCOUNTS MANAGER

**CANDIDATE:** MR. STEPHEN ("STEVE") P. REGAN

**Appraisal Conducted By:** Mr. Paul A. Sampson

**CURRENT SITUATION:** Mr. Regan is currently Eastern Sales Director for CompuCook based in Westport, CT. He made the move to CompuCook approximately 8 months ago after a five year stint at ACTMEDIA selling ACTRADIO and the company's full line of in-store programs. A key catalyst for the move to CompuCook was the purchase of ACTMEDIA by News Corp.

While the CompuCook opportunity has been challenging and personally rewarding, Mr. Regan has some concerns as to the short and long-term viability of the company given recent financial difficulties. However, he has not aggressively moved into an "active search mode".

*His interest in TCP and the National Accounts Manager position is based on.....1) the strength of TCP's business proposition.....2) the opportunity to "tap into" FSI budgets....3) the "ground floor" nature of the TCP opportunity (especially HBC clients) and.....4) his familiarity and respect for Chip Cohan.*

## PROFILE

- Bright....will be a quick study
- High energy....outstanding work ethic
- Well developed sense of urgency
- Personable....easily develops effective working relationships
- Poised....works well under pressure
- Persuasive....can "sell"

O'KEEFE 105

P.O. Box 1092 • Southport, Connecticut 06490 • (203) 254-2544

MR. STEPHEN P. REGAN
PAGE TWO

- Driven for results….has a track record of success both at Johnson & Johnson and ACTMEDIA
- Knowledgeable about people
- Empathetic
- Outstanding communication skills
- Client service focused
- Will typically delegate the details
- Likes challenges
- High integrity

**Bottom Line:** *A real "pro"…will have an immediate impact on the TCP business.*

**COMPENSATION:**   Mr. Regan reports a base salary of $125,000 plus commissions (approximately $30M this year). He averaged $230,000 (W-2 income) per year for five years at ACTMEDIA.



**O'KEEFE ASSOCIATES, INC.**

CONSULTANTS IN EXECUTIVE SEARCH &
HUMAN RESOURCES MANAGEMENT

## CONFIDENTIAL

### STEVE REGAN

- High energy level
- Social orientation
- Sense of urgency
- Outgoing
- Friendly
- Persuasive
- Good mixer
- Poised
- Not detail oriented
- Not strategic
- Very social
- Empathetic
- Understands people well

**Trying to be:**
- More relaxed and carefree

**Note:** Pretty good sales/service profile except for the lack of attention to detail. Also, a subjective thinker, good references a must here.

O'KEEFE    107

P.O. Box 1092 • Southport, Connecticut 06490 • (203) 254-2544

**O'KEEFE ASSOCIATES, INC.**

CONSULTANTS IN EXECUTIVE SEARCH & HUMAN RESOURCES MANAGEMENT

CONFIDENTIAL

Date: September 15, 1998

Position: National Accounts Manager

Candidate: Mr. John B. Sandwick

Appraisal Conducted By: Mr. Paul Sampson

**Current Situation:** Mr. Sandwick is currently a Regional Sales Director for Inter-Act Loyalty Network based in Chicago. His responsibilities include management of the Chicago sales office (three people) and the region's three primary clients....Kraft, Kellogg and Kebbler.

The fourteen months Mr. Sandwick has spent at Inter-Act have been productive. He has helped build their business in the Midwest, utilized (extensively) his conceptual selling skills, and creatively designed programming to increase client acceptance of the Inter-Act product. However, he has recently lost confidence in the direction taken by senior management... ...bottom line, he doesn't believe Inter-Act will be successful long-term.

*His strong interest in TCP and the National Accounts Manager position is based on...... 1) strength of the FSI Plus® business proposition....2) the company's entrepreneurial profile... 3) the opportunity to be promoted to Vice President in 6-9 months and... 4) Chicago location.*

**Profile:**

- Outstanding hybrid profile...sales and brand management...will have significant credibility with both client groups
- Aggressive and persistent
- Strategic....a sophisticated marketer
- High energy level
- Well developed service mentality.....extremely responsive
- Entrepreneurial...can build a business from scratch
- Social....an extrovert
- Persuasive.....knows how to build proposals that sell
- Understands people well
- Positive and enthusiastic
- Very strong one-on-one skills
- Delegates freely...including the details
- Honest....high integrity

O'KEEFE 102

P.O. Box 1092 • Southport, Connecticut 06490 • (203) 254-2544

Mr. John Sandwick
Page Two

**_Bottom Line:_** *Outstanding ability to penetrate client marketing groups and make the conceptual sell.....he will quickly build TCP's business in the Midwest. He receives O'Keefe & Associates strongest recommendation.*

**Compensation:** Mr. Sandwick reports a salary of $100,000 plus a 3% commission on gross sales plus stock options.

O'KEEFE    103



# O'KEEFE ASSOCIATES, INC.

CONSULTANTS IN EXECUTIVE SEARCH &
HUMAN RESOURCES MANAGEMENT

**CONFIDENTIAL**

## JOHN SANDWICK

- High energy level
- Social orientation
- Sense of urgency
- Outgoing
- Fluent
- Good mixer
- Enthusiastic
- Unconcerned about details
- Persuasive
- Will delegate freely
- Strong one on one skills
- Empathetic thinker
- Understands people well

### Trying to be:

- The same

**Note:**   Definitely a sales profile. Not strategic. Light on details, but it depends on the job. Could fit in the right spot.

O'KEEFE   104

P.O. Box 1092 • Southport, Connecticut 06490 • (203) 254-2544



# O'KEEFE ASSOCIATES, INC.

CONSULTANTS IN EXECUTIVE SEARCH & HUMAN RESOURCES MANAGEMENT

**CONFIDENTIAL**

*DATE:* September 14, 1998

*POSITION:* NATIONAL ACCOUNTS MANAGER

*CANDIDATE:* Mr. Robert ("Rob") W. Cooke

*Appraisal Conducted By:* Mr. Paul A. Sampson

**CURRENT SITUATION:** Mr. Cooke is currently a Sales Director for Catalina Marketing operating out of Rochelle Park, New Jersey with a business base of a $3.5MM including Reckitt & Coleman, Kodak, Tenneco and Revlon.

While Mr. Cooke has had a successful 2 ½ years at Catalina, the Company is currently roiled as a result of lower than expected sales and changes in top management. In addition, Mr. Cooke sees Catalina's long-term growth potential as somewhat limited given the maturity of their product line. These issues have pushed Mr. Cooke to selectively investigate other career options.

His strong interest in the National Accounts Manager position is based on....1) TCP's growth profile....2) the strength of the FSI Plus® business proposition....3) the compensation upside and....4) TCP's support of their sales organization (Field Communications, Creative Services, Marketing/Proposal Development).

**PROFILE**

- Bright....will be a "quick study"
- Very high energy level....outstanding work ethic
- Aggressive....competitive....likes to "win"
- Strong sense of urgency
- Excellent communication skills
- Enthusiastic....positive, upbeat mentality
- Able to motivate

O'KEEFE   108

MR. ROBERT W. COOKE
PAGE TWO

- Works well with, and through others
- Outgoing and friendly
- Team player
- Very buttoned up....strong detail orientation
- "Cocky"
- Skillfull closer
- Outstanding service orientation
- Workaholic tendencies

**Bottom Line:** An outstanding service and sales profile....he receives O'Keefe & Associates strongest recommendation.

**COMPENSATION:** Mr. Cooke reports a base salary of $75,000 plus 3% commission on all sales and stock options. 1997 W-2 compensation was $110,000....1998 projected to be $140,000. Note: Approximately 50% of his commission is paid out in March of 1999.



**O'KEEFE ASSOCIATES, INC.**

CONSULTANTS IN EXECUTIVE SEARCH &
HUMAN RESOURCES MANAGEMENT

## CONFIDENTIAL

### Rob Cooke

- Very high energy level
- Social orientation
- Strong sense of urgency
- Very good communicator
- Enthusiastic
- Motivator
- Works well with, and through others
- Outgoing and friendly
- Team player
- Buttoned up
- Skillful closer
- Strong service orientation

Trying to be:

- A bit less concerned with details

NOTE:

A very good profile for the right spot. Not strategic, but can sell, service and get along with everybody, inside and outside.

O'KEEFE 110

P.O. Box 1092 • Southport, Connecticut 06490 • (203) 254-2544

Confidential

O'KEEFE ASSOCIATES, INC.

since 1985

Date: April 23, 1999

Position: Director – San Francisco

Candidate: Mr. Todd Nonken

Appraisal Conducted By: Mr. Paul A. Sampson

**Current Situation:** When contacted by O'Keefe & Associates, Mr. Nonken was selectively investigating career advancement opportunities. For the past three years, Mr. Nonken has worked for TL Partnership as a Group Account Director managing the Frito Lay business ($30MM budget). In this capacity he was responsible for the full P&L, was the point person for TLP with Frito Lay, managed a group of 26 people and developed promotional strategy and programming that allowed Frito Lay to profitably grow their business.

Just recently, Frito Lay senior management decided to change agencies and Mr. Nonken has moved into a new business development role with TLP focused on Pepsi International and Harrah's Resorts and Casinos.

Mr. Nonken continues to have a positive experience with TLP, but he is open to discussing new career options... he is clearly <u>opportunity driven.</u>

*His strong interest in TCP is being driven by...1) the Company's profile, i.e., smaller, entrepreneurial, growth oriented...2) the opportunity to leverage his broad business base (ad agency, brand management, promotion agency) and experience with in-store promotion and merchandising...3) the strength of TCP's FSI Plus® program...4) San Francisco is part of Mr. Nonken's target geography.*

Profile:
- Bright...will be a quick study
- Excellent blend of social and analytical skills
- Well developed sense of urgency
- Competitive...aggressive...likes to "win"
- Personable...works well with others
- Can tell or sell
- Effectively manages the details
- Somewhat of a perfectionist
- Strong customer service orientation
- Expert in consumer promotion and in-store merchandising
- Outstanding strategic orientation
- High energy...excellent work ethic

O'KEEFE 631

Mr. Todd Nonken
Page Two

<u>Profile</u> Cont.
- Diplomatic
- Likes to have fun…has a sense of humor
- Excellent problem solving skills

<u>***Bottom Line:***</u> *An outstanding multi-faceted background (agency + client), strong client service skills with a "love" for and expertise in…in-store promotion and merchandising.*

<u>Personal:</u>
- Single
- Renter…will need minimal relocation assistance
- M.B.A. University of Chicago

<u>Compensation:</u> Mr. Nonken reports a base salary of $150,000 plus a 10-20% annual bonus.

O'KEEFE    632

O'KEEFE ASSOCIATES, INC.
since 1985

**Confidential**

**Todd Nonken**

- Average energy level
- Social/analytical orientation
- Sense of urgency
- Bright
- Competitive
- Works well with others
- Outgoing
- Can tell or sell
- Very precise in his work
- Detail oriented
- Does not like mistakes, his or others
- Will delegate very sparingly
- Empathetic thinker

**Trying to be:** A lot different
- More social
- Much less urgent – more laid back
- Less "fussy"

**Note:** This person in the "self" is a bright perfectionist – averse to criticism – but capable of making a real contribution. In the self concept, probably because of his service background, he is trying to be laid back – Devil may care.
Overall, in the right spot, he could fit well. But, there is an A-D conflict, so major decisions will come hard.

**Confidential**



since 1985

**O'KEEFE ASSOCIATES, INC.**

Date: April 5, 1999

Position: Field Communications Manager

Candidate: Mr. Richard F. Banez

Appraisal Conducted By: Mr. Paul A. Sampson

**Current Situation:** Mr. Banez has spent the last 12 years working for the Eastman Kodak Company... 11 years in their consumer products division (film, cameras, videotape, batteries). Responsibilities included field sales, national account sales, sales planning at Kodak headquarters, and (most recently) customer marketing as Director, Customer Marketing for the general merchandise class of trade (WalMart, Kmart, Target, Best Buy, Meijer, etc).

The Company has recently relocated their consumer business to Atlanta and requested that Mr. Banez operate out of that office. However, for a variety of personal reasons (including his wife buying her own business) his objective is to live and work in Virginia. On that basis, he is aggressively investigating new career opportunities.

*His strong interest in the Field Communications Manager position with TCP is based on...1) the opportunity to leverage his broad sales and customer marketing background...2) the entrepreneurial nature of TCP...3) his strong belief in the viability of FSI Plus® and...4) the opportunity to do this job while living in Virginia.*

Profile:
- Leadership+++
- Bright...will be a quick study
- Social...personable...develops working relationships easily
- Very strong sense of urgency
- Able to effectively motivate and influence people
- Well organized
- Strong communication skills...can "sell"
- Self starter
- Very competitive...plays to "win"
- Results oriented
- Enthusiastic...outstanding "can do" attitude
- Understands the power of merchandising and promotion
- Expertise in category management
- Outstanding service mentality
- Will have strong credibility with Sales, Customer Marketing, and the Trade

Mr. Richard F. Banez
Page Two

***Bottom Line:*** *An outstanding candidate for this position….has the skills **and** the personality to be successful.*

**Personal:**
- Married
- Two children

**Compensation:** Mr. Banez reports a base salary of $72,000 plus a 10% bonus.

O'KEEFE    369



**Confidential**

**Rick Banez**

# O'KEEFE ASSOCIATES, INC.

since 1985

- Energy level slightly below average
- Social orientation
- Very strong sense of urgency
- Motivator
- Organizer
- Communicator
- Self starter
- Very competitive
- Works well with and through others
- Understands people well
- Will delegate
- More apt to sell than tell
- Bright
- Directed
- Goal oriented
- Strong sales skills

Trying to be:
- Somewhat more analytical

Note: Good profile for this spot. He is a hard driver, but handles people well.

O'KEEFE   236