UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.

   Plaintiff,

v.

THEME CO-OP PROMOTIONS, INC.

   Defendant.

Civil Action No.
3:00-CV-678 (SRU)

MARCH 8, 2005

## NOTICE OF MANUAL FILING

  Please take notice that Defendant, Theme Co-Op Promotions, Inc. has manually filed the following document or thing:

  Exhibit K and L to Defendant's Affidavit of Gerry Gersovitz

This document has not been filed electronically because

[   ]   the document or thing cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

      Respectfully submitted,

      **THE DEFENDANT,**
      THEME CO-OP PROMOTIONS, INC.


      By_____
       David A. Ball, Esq.
       Fed. Bar No. ct10154
       Cohen and Wolf, P.C.
       1115 Broad Street
       Bridgeport, CT  06604
       Tel. No. (203) 368-0211

## **CERTIFICATION**

I hereby certify that on the date hereof, a copy of the foregoing was mailed via First Class Mail, postage prepaid, to the following:

>Francis D. Burke, Esq.
>Mangines & Mangines
>1115 Main Street
>Suite 708
>Bridgeport, CT  06604

_____
David A. Ball, Esq.