## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
| Defendant | : | MARCH 23, 2005 |

## MOTION FOR ENLARGEMENT

Plaintiff files this Motion for Enlargement of Time up to and including May 31, 2005, to respond to Defendant's Motion to Strike and to file a Reply Memorandum in Support of its Motion for Summary Judgment / Motion to Dismiss. In support of this motion, Plaintiff cites the following:

1. Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time.

2. Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

4. This is the first request for an enlargement of time regarding these time limits.

        THE PLAINTIFF

BY_____
       Francis D. Burke
       MANGINES & BURKE, LLC
       11115 Main Street, Suite 708
       Bridgeport, CT  06604
       (203) 336-0887
       Fed. Bar No. 18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 23rd day of March 2005, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

_____
       Francis D. Burke