UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
| Defendant | : | MAY 25, 2005 |

### MOTION FOR ENLARGEMENT

Plaintiff files this Motion for Enlargement of Time up to and including June 21, 2005, to respond to Defendant's Motion to Strike and to file a Reply Memorandum in Support of its Motion for Summary Judgment / Motion to Dismiss.  In support of this motion, Plaintiff cites the following:

1. Plaintiff's counsel is a sole practitioner who is inordinately busy at the present time.

2. Counsel needs this additional time in order to research and brief the legal and factual issues involved.

3. Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

4. This is the second request for an enlargement of time regarding these time limits.

                THE PLAINTIFF

                BY_____
                   Francis D. Burke
                   MANGINES & BURKE, LLC
                   11115 Main Street, Suite 708
                   Bridgeport, CT  06604
                   (203) 336-0887
                   Fed. Bar No. 18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 25th day of May 2005, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

                _____
                    Francis D. Burke