UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O'KEEFE & ASSOCIATES, INC.,<br>        Plaintiff,<br><br>    v.<br><br>THEME CO-OP PROMOTIONS, INC.,<br>        Defendant,<br>        Counter-claim Plaintiff,<br><br>    v.<br><br>O'KEEFE & ASSOCIATES, INC.,<br>        Counter-claim Defendant. | Civil Action. No.<br>3:00cv678 (SRU) |

**CONFERENCE MEMORANDUM**

On March 23, 2006, I held a phone conference off the record with Frank Burke, representing the plaintiff/counter-claim defendant, and David Ball, representing the defendant/counter-claim plaintiff. The purpose of the conference was to discuss the details of the upcoming arbitration, scheduled for March 28-30, 2006.

1. *Arbitration Agreement*

The parties agreed to file a written arbitration agreement later today. Both sides agreed that the "baseball" arbitration will be binding with no appeal rights.

2. *Formality of Decision*

Each side has proposed a net damages award, inclusive of claims for attorney's fees and interest, and after the arbitration, I will chose one of those figures. I will provide an explanation of my decision, which I may announce orally on the record at the end of the arbitration. Alternatively, I may write up a short ruling.

3.  *Logistics*

Before the arbitration, I will re-read the parties' summary judgment briefs and their 56(a)1 and 56(a)2 statements. No opening statements are necessary. After the close of evidence, the parties will present brief closing statements.

The parties have agreed that "relaxed" Federal Rules of Evidence will govern the proceeding. The parties do not believe that a transcript will be necessary, but I may chose to have my court reporter take down the proceeding.

Witnesses may testify by video-conference. The parties should make necessary arrangements with the court's IT department (203 579 5854). Witnesses may also testify out of order.

I encouraged the parties to stipulate to the admission of evidence, to pre-mark exhibits, and requested they provide two copies of exhibits for me.

4.  *Schedule*

We will start each day in the courtroom at 9:30 a.m. On the 28th and 30th, I anticipate adjourning between 4:30 p.m. and 5:00 p.m. On the 29th, will adjourn at 4:00 p.m.

Lunch breaks will take place during a natural break in the testimony, generally between 12:30 p.m. and 1:00 p.m.

Dated at Bridgeport, Connecticut, this 27th day of March 2006.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge