UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O'KEEFE & ASSOC., INC., : | |
|     Plaintiff, : | |
| : | |
| v. : | NO. 3:00 CV 678 (SRU) |
| : | |
| THEME CO-OP PROMOTIONS, INC., : | |
|     Defendant. : | |

### ORDER

_____The case is hereby closed. All issues will be decided in arbitration.

It is so ordered.

Dated at Bridgeport, Connecticut, this 30th day of March 2006.

                        /s/ Stefan R. Underhill
                        Stefan R. Underhill
                        United States District Judge