### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O'KEEFE & ASSOCIATES, INC. | : | |
|     Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : | |
|     Defendant | : | April 5, 2007 |

### MOTION FOR JUDGMENT

Plaintiff, O'Keefe & Associates, Inc., respectfully moves for a judgment against Theme Promotions, Inc., d/b/a Theme Co-op Promotions. By agreement of the parties, the above action was submitted to binding arbitration before this Court. On January 9, 2007, the Court entered an Arbitration Ruling in the amount of $85,000.00. Pursuant to the parties written arbitration agreement, the decision and award of the Court was to be final and binding upon the parties, all appeals were waived, and payment was to be made within sixty days of the Court's decision. More than sixty days has passed, no payment has been made, and Plaintiff has been informed that Defendant claims to have no assets. Wherefore, Plaintiff moves for judgment in the amount of $85,000.00, together with interest at the rate of ten percent per annum (pursuant to Conn. Gen. Stats. §37-3a) as well as costs.

          THE PLAINTIFF

BY_____
    Francis D. Burke
    MANGINES & BURKE, LLC
    1115 Main Street, Suite 708
    Bridgeport, CT  06604
    (203) 336-0887
    Fed. Bar No. ct18688

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____
Francis D. Burke, ct18688

MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604
(203) 336-0887
fburke@aol.com