UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

O'KEEFE & ASSOC., INC.

    v.                                                                             3:00CV678 SRU

THEME CO-OP PROMOTIONS, INC.

## JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motion for judgment. On April 11, 2007, the motion for judgment was granted in the amount of $85,000.00.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff O'Keefe & Assoc., Inc. and against the defendant Theme Co-Op Promotions, Inc. in the amount of $85,000.00, plus interest from the date of judgment pursuant to 28 U.S.C. § 1961.

Dated at Bridgeport, Connecticut, this 11th day of April, 2007.

                                                      KEVIN F. ROWE, Clerk

                                                      By /s/ Barbara Sbalbi
                                                               Deputy Clerk

Entered on Docket _____