# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.

VS.

THEME CO-OP PROMOTIONS, INC.

BILL OF COSTS

CASE NUMBER: 3:00CV00678 (SRU)

Judgment having been entered in the above entitled action on April 11, 2007 against THEME CO-OP PROMOTIONS, INC. the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................................................................. $ | 150.00 |
| Fees for services of summons and subpoena ..................................................................... | 167.95 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... | 2,099.07 |
| Fees and disbursements for printing ................................................................................... | |
| Fees for witnesses (itemize on reverse side) ....................................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........................... | 561.50 |
| Docket fees under 28 U.S.C. 1923 ..................................................................................... | |
| Costs as shown on Mandate of Court of Appeals ................................................................ | |
| Compensation of court appointed experts ......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .............. | |
| Other costs (please itemize) Postage & Overnight | 109.69 |
| TOTAL | $ 3,088.21 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

David A. Ball, Esq., Cohen and Wolf, PC, 1115 Broad Street, Bridgeport, CT  06604

Signature of Attorney: _[signature]_

Name of Attorney: Francis D. Burke

For: O'Keefe & Associates, Inc.
Name of Claiming Party          Date: 5/2/07

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____
Clerk of Court            Deputy Clerk                Date

```
              RECEIPT FOR PAYMENT
              DISTRICT COURT OF
                 CONNECTICUT
              BRIDGEPORT DIVISION
```


```
                                    B000068
             -------------------------------
             RECEIVED FROM:

             MANGINES & MANGINES
             1115 MAIN ST SUITE 708
             BRIDGEOPRT, CT 06604
             -------------------------------

             Case Number: 3:00CV678

             -------------------------------

             F/U/B/O:

             Party ID:
             OKEEFE ASSOC, THERE COOP PRO

             Tender Type:        CHECK

             00-086900              $60.00

             Civil Filing-086900

             Remarks: ck # 7667   SRU
             00-510000              $90.00

             Civil Filing-510000

             Remarks: ck # 7667   SRU

             -------------------------------
                Subtotal:         $150.00
             -------------------------------

             Receipt Total:       $150.00
             ===============================
             * Checks and drafts are accepted
             subject to collections and full
             credit will only be given when
             the check or draft has been
             accepted by the financial
             institution on which it was drawn.

               Date:    4/12/00
               Clerk:
                          -----------
                              CC
```

handwritten note: ck pd (illegible) ck # 7067

Then and there, by virtue hereof, of the original Writ, Summons, Complaint, I made service upon the within named defendant, by virtue of **Section 33-929** of the Connecticut General Statutes, by depositing in a U.S. Post Office, a letter, postage paid, certified, return receipt requested, in which letter contained a true and attested copy of the original Writ, Summons, Complaint, with my doings thereon endorsed, directed to:   **The Corporate Secretary**
**Theme Co-Op Promotions, Inc.**
60 Spear Street, 4th Floor
San Francisco, CA 94105

The within and foregoing is the original Writ, Summons, Complaint, with my doings hereon endorsed.

**Fees**
| | | |
|---|---|---|
| Time | $ | 8.00 |
| Copies | | 14.00 |
| Service | | 20.00 |
| Endorsement | | .80 |
| Postage | | 6.15 |
| | $ | 48.95 |

Attest,

Albert W. Caliendo
A Deputy Sheriff for Fairfield County

ALBERT W. CALIENDO
Deputy Sheriff
P.O. Box 67, Trumbull, Conn. 06611
Tel: 268-7158


RECEIVED
5/31/00

Thomsa Mangines Esq
Mangines & Mangines

5/25/00

| DESCRIPTION OF SERVICE | CHARGE |
|---|---|
| 5/24/00   Writ | |
| O'Keefe VS Theme Co-op Promotions INc | $ 48.95 |
| cash disbursement $ 6.15 | |

# ALBERT W. CALIENDO

State Marshal
P.O. Box 67, Trumbull, CT 06611
Tel: (203) 268-7158

Mangines & Burke LLC
Francis Burke Esq.
1115 Main Street, Suite 708
Bridgeport, CT 06604
203-336-0887

RECEIVED
/ / /04

2/9/04

| DESCRIPTION OF SERVICE | CHARGE |
|---|---|
| 2/4/04    Subpoena | |
| RE: O'Keefe & Assoc. VS Theme Co-Op Promotions | |
| Service on Johnson & Company | $ 119.00 |

RETURN YELLOW COPY WITH PAYMENT

**Goldfarb & Ajello Reporting**
Reporter: Donna M. Miani
24 East Avenue; #1372
New Canaan, CT  06840
203-972-8320  Firm's Fed ID#06-1273926

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/26/2004 | DM 688 |

**BILL TO**

Mangines & Burke, LLC
Francis D. Burke, Esquire
1115 Main Street, Suite 708
Bridgeport, Connecticut  06604

| TERMS | PROJECT |
|---|---|
| Due on receipt | |

| PAGE | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | O'Keefe & Associates vs. Theme Co-op Promotions | | |
| | Deposition of Paul Sampson. Held on March 11, 2003. | | |
| 287 | Copy of Transcript | 2.25 | 645.75T |
| | Deposition of John O'Keefe. Held on March 12, 2003. | | |
| 162 | Copy of Transcript | 2.25 | 364.50T |
| | SUBTOTAL OF ABOVE ITEMS | | 1,010.25 |
| | CT Sales Tax | 6.00% | 60.62 |

Please return copy of Invoice with payment.

**Total** $1,070.87

**Goldfarb & Ajello Reporting**
Reporter: Donna M. Miani
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  Firm's Fed ID#06-1273926

**RECEIVED** 3/24/03

## Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2003 | DM 548 |


ENTERED

**BILL TO**

Mangines & Burke, LLC
Francis D. Burke, Esquire
1115 Main Street, Suite 708
Bridgeport, Connecticut 06604

**TERMS:** Due on receipt

**PROJECT:**

| PAGE | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | O'Keefe & Associates vs. Theme Co-op Promotions | | |
| | Deposition of Gerry Gersovitz. | | |
| | Held on March 6, 2003. | | |
| 200 | Transcription (O & 1) | 3.95 | 790.00T |
| | Signature Fee | 10.00 | 10.00T |
| | Appearance Fee | 75.00 | 75.00T |
| | SUBTOTAL OF ABOVE ITEMS | | 875.00 |
| | CT Sales Tax | 6.00% | 52.50 |

Please return copy of Invoice with payment.

**Total** $927.50

Court Reporting Services

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/18/2004 | 3019 |

1372
06840
FED ID#06-1273926

GoldfarbandAjello.com

& Mangines
Burke, Esquire
Street; Ste#708
PORT, CT 06604


ENTERED
RECEIVED 6/9/04

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Keefe & Associates, Inc. vs. Theme Co-op Promotions, Inc. | | |
| Witness Gerry Gersovitz | | |
| 3/6/2003 | | |
| Condensed | 30.00 | 30.00T |
| Shipping and handling | 5.00 | 5.00T |
| Sales Tax | 6.00% | 2.10 |

RETURN COPY OF BILL WITH PAYMENT
DO NOT STAPLE CHECKS TO BILLS.

**Total** $37.10

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320   FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2004 | 3003 |

**BILL TO**

Mangines & Mangines
Francis Burke, Esquire
1115 Main Street; Ste#708
BRIDGEPORT, CT 06604

RECEIVED 4/29/04

ENTERED 5/13/04 MF

| TERMS |
|---|
| Due on receipt |

**REPORTER:** DONNA MIANI

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | O'Keefe & Associates, Inc. vs. Theme Co-op Promotions, Inc. Date: 3/12/04 Witnesses: John O'Keefe and Paul Sampson |  |  |
| 2 | Condensed | 30.00 | 60.00T |
|  | CT Sales Tax | 6.00% | 3.60 |

RETURN COPY OF BILL WITH PAYMENT.
DO NOT STAPLE CHECKS TO BILLS.

**Total**   $63.60