UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O'KEEFE & ASSOCIATES, INC.,<br>        Plaintiff,<br><br>v.<br><br>THEME CO-OP PROMOTIONS, INC.,<br>        Defendant. | CIVIL ACTION NO.<br>3:00cv678 (SRU) |

**ORDER REGARDING BILL OF COSTS**

O'Keefe & Associates, Inc. has filed a verified bill of costs as the prevailing party in this case. It is presently impossible to determine whether certain of the costs claimed were necessarily incurred in the case. *See, e.g.*, Local Rule of Civil Procedure 54(c)3(i) ("Costs for one copy of documents admitted into evidence in lieu of the originals, shall be permitted as costs. Copies for the convenience of counsel or additional copies are not taxable. . . ."). Over $560 is claimed for photocopies, but it is unclear whether these costs related to copies of exhibits used at the hearing. In addition, to the extent that costs of deposition transcripts are sought, Local Rule 54(c)2(ii) provides that the "cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, . . . or if they are necessarily obtained for the preparation of the case and not for the convenience of counsel." There is no indication whether the depositions at issue meet this test. Moreover, costs of "condensed" transcripts would appear to be barred by this rule. Finally, the "Postage & Overnight" expenses are unexplained.

In order to permit the Clerk to evaluate the Bill of Costs, additional back-up

documentation or an affidavit shall be filed within 21 days of the entry of this order.

It is so ordered.

Dated at Bridgeport, Connecticut, this 21st day of August 2007.

                                        /s/ Stefan R. Underhill
                                            Stefan R. Underhill
                                            United States District Judge