# UNITED STATES DISTRICT COURT

_____DISTRICT OF_____
CONNECTICUT

O'KEEFE & ASSOCIATES, INC.

BILL OF COSTS
(AMENDED)

VS.                                     CASE NUMBER: 3:00CV00678 (SRU)

THEME CO-OP PROMOTIONS, INC.
_____

Judgment having been entered in the above entitled action on April 11, 2007 against _THEME CO-OP PROMOTIONS, INC.

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................................................................... $ | 150.00 |
| Fees for services of summons and subpoena ................................................................... | 167.95 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........ | 1,998.37 |
| Fees and disbursements for printing ................................................................................. | |
| Fees for witnesses (itemize on reverse side) ................................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case............................. | 561.50 |
| Docket fees under 28 U.S.C. 1923................................................................................... | |
| Costs as shown on Mandate of Court of Appeals............................................................. | |
| Compensation of court appointed experts ....................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............... | |
| Other costs (please itemize) | |
| TOTAL     $ | 2,877.82 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

David A. Ball, Esq., Cohen and Wolf, PC, 1115 Broad Street, Bridgeport, CT  06604 _____

   Signature of Attorney: _____

   Name of Attorney: Francis D. Burke _____

For: O'Keefe & Associates, Inc.                                          Date: September 13, 2007
                Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court                        Deputy Clerk                         Date