**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| O'KEEFE & ASSOCIATES, INC. | : |
|     Plaintiff | : |
| VS. | :   CIVIL ACTION NO. |
| |     3:00CV00678 (SRU) |
| THEME CO-OP PROMOTIONS, INC. | : |
|     Defendant | :   SEPTEMBER 13, 2007 |

### AFFIDAVIT OF FRANCIS D. BURKE

I, Francis D. Burke, being over the age of 18 and believing in the obligations of an oath, declare and state the following:

1. I am a member of the law firm of Mangines & Burke, LLC, counsel for the Plaintiff, O'Keefe & Associates, Inc. I make this affidavit in support of Plaintiff's Bill of Costs.

2. Plaintiff incurred costs of $150.00 for filing his complaint with the court (see invoice previously submitted).

3. Plaintiff incurred costs of $48.95 for service of the summons and complaint and $119.00 for service of a subpoena on Johnson & Company. A representative of Johnson & Company testified at the hearing in this matter and provided documents pursuant to the subpoena that were necessarily obtained by counsel in prosecution of this matter and in preparation for trial. See true and correct copies of invoices from State Marshall Albert Caliendo previously submitted.

4. Plaintiff incurred a total of $1,998.37 for one copy of the deposition of Plaintiff's representatives John O'Keefe and Paul Sampson and Defendant's representative Gerry Gersovitz. The total cost for one copy of the depositions of O'Keefe and Sampson was $1,070.87. The total cost for one copy of Gersovitz deposition transcript was $927.50. See true and correct copies of invoices previously submitted.

5. These deposition transcripts were necessarily obtained by counsel in prosecution of this matter and in preparation for trial and for impeachment purposes.

6. Plaintiff incurred costs of $561.50 for photocopying of papers necessarily obtained for use in this case. These copies were necessarily obtained by counsel in prosecution of this matter and in preparation for trial, as well as for four copies of exhibits prepared for use in the hearing on this matter, one each for the Court, the witness, plaintiff's counsel and defense counsel, at fifteen cents per copy.

7. All of the above costs have been billed to the Plaintiff, O'Keefe & Associates Inc., which is responsible for their payment or reimbursement.

I, Francis D. Burke, declare under penalty of perjury that the above statements are true and accurate and that I have subscribed my name to this affidavit on this thirteenth day of September, 2007.

_____
Francis D. Burke


STATE OF CONNECTICUT    )
                        ) ss. West Hartford
COUNTY OF HARTFORD      )

The foregoing was acknowledged before me by Francis D. Burke this 13th day of September 2007.

My Commission Expires:

3/31/08

_____
Notary Public/Commissioner of Superior Court

BEVERLY J. RIPA
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2008