UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2008 JAN -7  A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CIVIL ACTION NO. 3:00CV678(SRU)

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint __Peter J. Perone__, a qualified person over eighteen (18) years of age, residing in __West Hartford__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __West Hartford__, Connecticut, this __4th__ day of __January__, 20__08__.

_____
Attorney for Plaintiff

SO ORDERED.

ROBERTA D. TABORA, CLERK

By:_____
_____Deputy Clerk

Dated:_____, _____

Rev 10/1/07