UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O'KEEFE & ASSOCIATES, INC.
   Plaintiff

VS.

THEME CO-OP PROMOTIONS, INC.
   Defendant

CIVIL ACTION NO.
3:00CV00678 (SRU)

FILED
2008 MAR 20  A 11:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiff moves this Court to appoint State Marshall Lisa Stevenson, a qualified person over eighteen (18) years of age, residing in Manchester, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.).

Dated at West Hartford, Connecticut, this 18th day of March, 2008.

                        Francis D. Burke, Esq.
                        Attorney for Plaintiff
                        Fed Bar No. ct18688

SO ORDERED.

ROBERTA D. TABORA, CLERK

By: _____
     Deputy Clerk

Dated: _____, 2008.

Rev 10/1/07

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this 18th day of March 2008, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604

Francis D. Burke