UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
7/18/08
Roberta D. Tabora, Clerk
By: _____
Deputy Clerk

O'KEEFE & ASSOCIATES, INC.
　　Plaintiff

VS.

THEME CO-OP PROMOTIONS, INC.
　　Defendant

CIVIL ACTION NO.
3:00CV00678 (SRU)

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint State Marshall Joseph L. A. Felner, a qualified person over eighteen (18) years of age, residing in Fairfield, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at West Hartford, Connecticut, this 14th day of July, 2008.

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
977 Farmington Avenue, Suite 201
West Hartford, CT 06107
860) 233-1000
Fed. Bar No. ct18688

SO ORDERED.

ROBERTA D. TABORA, CLERK

By: _____
　　Deputy Clerk

Dated: _____, 2008.

Rev 10/1/07

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, this 14th day of July 2008, to:

David A. Ball, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT  06604

Francis D. Burke